# Exhibit B

FILED
06-23-2021
John Barrett
Clerk of Circuit Court
2021CV003759
Honorable Timothy
Witkowiak-22

Branch 22

STATE OF WISCONSIN    CIRCUIT COURT    MILWAUKEE COUNTY

STEFANIE MARVIN
3909 North Murray Ave.,
Shorewood, WI 53211

    -and-

KATHERINE WARGIN
1940 North Prospect Ave.,
Milwaukee, WI 53202

*On Behalf Of Themselves And
All Others Similarly Situated*,

        Plaintiffs,

    v.

KIA AMERICA, INC.,
111 Peters Canyon Rd.
Irvine, CA 92606

HYUNDAI MOTOR AMERICA
10550 Talbert Ave.
Fountain Valley, CA 92708

HYUNDAI KIA AMERICA TECHNICAL CENTER, INC.
6800 Geddes Rd.
Superior Township, MI 48198

FICTITIOUS KIA DEFENDANTS A–C
Addresses Unknown

    -and-

FICTITIOUS HYUNDAI DEFENDANTS A–C
Addresses Unknown

        Defendants.

Case No.: _____

Case Codes: 30100, 30701

SEALED



2











































































**BARTON LEGAL S.C.**

*/s/ Electronically signed by James B. Barton*
James B. Barton (SBN: 1068900)
Email: *jbb@bartonlegalsc.com*
Joshua S. Greenberg (SBN: 1107959)
Email: *jsg@bartonlegalsc.com*
313 North Plankinton Ave., Ste. 207
Milwaukee, WI 53203
T: (414) 877–0690
F: (414) 877–3039

*Attorneys for Plaintiffs, Stefanie Marvin, Katherine Wargin, and the Proposed Class*

43